FILED
September 30, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROSE WALLACE, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-309 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Rose Wallace;</u> Case <u>2:11-mj-309 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- _X_  Release on Personal Recognizance

- _ _  Bail Posted in the Sum of _____

- _ _  Unsecured Appearance Bond in the amount of $

- _ _  Appearance Bond with 10% Deposit

- _ _  Appearance Bond secured by Real Property

- _ _  Corporate Surety Bail Bond

- _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>9/30/2011</u>  at  2:07 pm

By _____
Kendall J. Newman
United States Magistrate Judge